AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

AUG 3 0 2022

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Ty Lane Livingston

                    )
                    )   Case No. 22-mJ-1391
                    )
                    )
                    )
                    )
                    )

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ty Lane Livingston,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and (b)(1)(A) Unlawfully, knowingly and intentionally possesses with the intent to distribute approximatley .598.4 grams (gross weight) of a mixture and substance containing Methamphetamine.

18 U.S.C. § 922 (g)(1) Felon in Possession of a Firearm and Ammunition.

Date: 08/26/2022

*Issuing officer's signature*

City and state: Roswell, New Mexico

Barbara S. Evans, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/26/2022 , and the person was arrested on *(date)* 8/29/2022 at *(city and state)* Roswell/NM . |
| Date: 8/30/2022 |

*Arresting officer's signature*
Lee S. White    DUSM

*Printed name and title*